In the Matter of HARRY KRAUSS, Appellant. JOSEPH P. VACCA-RELLA, as Mayor of the City of Mount Vernon, Respondent.

Argued November 14, 1955; decided December 28, 1955.

*John W. Guzzetta* for appellant.

*Harry Zimmerman, Corporation Counsel* (*William Macy* of counsel), for respondent.

Order affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.